# Exhibit 1

12/23/25, 12:00 PM    Citizens for Responsibility and Ethics in Washington Mail - Fwd: Request Acknowledgement by Executive Office for U.S. Attorneys

Case 1:26-cv-00275-GKK    Document 1-1    Filed 01/30/26    Page 2 of 2



**Alert CREW** <alerts@citizensforethics.org>

## Fwd: Request Acknowledgement by Executive Office for U.S. Attorneys
1 message

**Alex Goldstein** <agoldstein@citizensforethics.org>    Fri, Dec 12, 2025 at 2:53 PM
To: CREW FOIA <foia@citizensforethics.org>

---------- Forwarded message ---------
From: <noreply@ains.com>
Date: Fri, Dec 12, 2025 at 2:41 PM
Subject: Request Acknowledgement by Executive Office for U.S. Attorneys
To: <agoldstein@citizensforethics.org>


Dear Alex Goldstein,

Case Number EOUSA-2026-000906 has been assigned to the request you submitted. In all future correspondence
regarding this request please reference case number EOUSA-2026-000906.

Regards,
Executive Office for U.S. Attorneys