Exhibit 2



**U.S. Department of Justice**

Executive Office for United States Attorneys

_____

Freedom of Information and Privacy Staff      *Suite 5.400, 3CON Building*      *(202) 252-6020*
                                                  *175N Street, NE*
                                                  *Washington, DC  20530*

December 15, 2025

Alex Goldstein
Citizens for Responsibility and Ethics in Washington
PO Box 14596
Washington, DC  20044
agoldstein@citizensforethics.org

         Re: Request Number  EOUSA-2026-000906
         Subject of Request:    Investigation of Representative Enrique Roberto "Henry" Cuellar

Dear Alex Goldstein:

         The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act (FOIA) and/or Privacy Act (PA) request and assigned the above number to it. The EOUSA is the official record keeper for all records located in this office and the various United States Attorney's offices.

         Please be advised, that the Department of Justice (DOJ) has a decentralized system for processing FOIA/PA requests and each DOJ component maintains and handles FOIA/PA requests for its own records.  Additional information regarding the DOJ's administration of the FOIA/PA, including a listing of DOJ components, the types of records each maintains, and their FOIA/PA contact information, is available at www.justice.gov/oip/foia-request.html.  For any future DOJ FOIA/PA requests, please direct your letter to the DOJ component you believe has records pertaining to the subject of your request.

         You requested information which is not information maintained by the EOUSA or by the individual United States Attorney's Offices, but is likely maintained by separate components of the DOJ.  You can contact the component using the information below:

Christina Butler
Chief, FOIA/PA Unit
Criminal Division
Department of Justice
950 Constitution Ave., NW
Washington, DC 20530-0001

Phone: (202) 616-0307
Email: crm.foia@usdoj.gov
Arnetta Mallory
Government Information Specialist
National Security Division
Department of Justice
3 Constitution Square
175 N Street N.E., 12th Floor
Washington, DC 20530-0001
Phone: (202) 233-2639
Email: nsdfoia@usdoj.gov

Michael G. Seidel, Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Department of Justice
200 Constitution Drive
Winchester, VA 22602
Phone: (540) 868-4593
Online Request Form: https://efoia.fbi.gov

This is the final action on this above-numbered request.  If you are not satisfied with EOUSA's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." If possible, please provide a copy of your original request and this response letter with your appeal.

You may contact the EOUSA FOIA Public Liaison for any further assistance and to discuss any aspect of your request. The contact information for EOUSA is 175 N Street, NE, Suite 5.400, Washington, DC 20530; telephone at 202-252-6020. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Kevin Krebs
Assistant Director