# Exhibit 4



U.S. Department of Justice

Criminal Division

---

*Office of Enforcement Operations*  *Washington, D.C. 20530*

**VIA Electronic Mail**  December 18, 2025

Mr. Alex Goldstein
CREW
Post Office Box 14596  Request No. CRM-302390530
Washington, DC 20044  Subject: The Investigation of Rep. Enrique
agoldstein@citizensforethics.org  Roberto "Henry" Cuellar

Dear Mr. Goldstein:

 This acknowledges receipt of your Freedom of Information Act request dated December 12, 2025, seeking records maintained by the Criminal Division. Your request was received in this Office on December 12, 2025. The request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request.

 Please note that this Office was closed due to a lapse in funding appropriations from October 1, 2025 through November 12, 2025, which will result in a delay in responding to your request.

☒ We have not yet made a decision on your request for a fee waiver. We will do so after we determine whether the processing of your request will result in any assessable fees.

☒ We have not yet made a decision on your request for preferred fee status. We will do so after we determine whether the processing of your request will result in any assessable fees.

☒ Your request for expedited treatment has been:

 ☐ Granted. Accordingly, your request has been assigned to a Government Information Specialist in this Office and we will respond to your request as soon as practicable.

 ☐ Denied. You have not established that your request fits within any of the four U.S. Department of Justice standards for expedited treatment. If you are not satisfied with the Criminal Division's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account on the following website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the

2

date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

☒ Determination still pending. You have requested expedited processing of your request pursuant to 28 C.F.R. § 16.5(e)(1)(iv). Pursuant to U.S. Department of Justice policy, we directed your request to the Director of Public Affairs, who makes the decision whether to grant or deny expedited processing under this standard. Please be advised that as of the date of this letter, a decision on your expedition request is still pending. Once a determination has been made, we will promptly notify you. Nevertheless, please be advised that your request has been assigned to a Government Information Specialist in this Office and we will respond to your request as soon as practicable.

I regret the necessity of this delay, but I assure you that your request will be processed as soon as possible. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact me by telephone at (202) 616-0307, by email at crm.foia@usdoj.gov, or by mail at FOIA/PA Unit, Criminal Division, U.S. Department of Justice, 950 Constitution Avenue NW, Washington, DC 20530-0001.

You may contact our FOIA Public Liaison at the telephone number listed above for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

FOIA/PA Unit
Criminal Division
U.S. Department of Justice