# Exhibit 5



**U.S. Department of Justice**

Criminal Division

---

*Office of Enforcement Operations*                    *Washington, D.C. 20530*

**VIA Electronic Mail**                                January 5, 2026

Mr. Alex Goldstein
CREW
Post Office Box 14596                    Request No. CRM-302390530
Washington, DC 20044                     Subject: The Investigation of Rep. Enrique
agoldstein@citizensforethics.org              Roberto "Henry" Cuellar

Dear Mr. Goldstein:

This letter is in response to your request for expedited processing of your Freedom of
Information Act (FOIA) request dated, December 12, 2025 seeking records maintained by the
Criminal Division concerning the above-mentioned subject.

You requested expedited processing pursuant to the fourth standard enumerated in the
Department of Justice's regulations. As stated in our letter to you dated, December 18, 2025
pursuant to U.S. Department of Justice policy, we directed the request to the Director of Public
Affairs, who makes the decision whether to grant or deny expedited processing pursuant to 28
C.F.R. § 16.5(e)(1)(iv). The Director has determined that your request for expedited processing
should be denied. Please be advised that, although your request for expedited processing has
been denied, your FOIA request has been assigned to a Government Information Specialist for
processing.

I assure you that your request will be processed as soon as possible. If you have any
questions or wish to discuss reformulation or an alternative time frame for the processing of your
request, you may contact me by telephone at (202) 616-0307, by email at crm.foia@usdoj.gov,
or by mail at FOIA/PA Unit, Criminal Division, U.S. Department of Justice, 950 Constitution
Avenue NW, Washington, DC 20530-0001.

You may contact our FOIA Public Liaison at the telephone number listed above for any
further assistance and to discuss any aspect of your request. Additionally, you may contact the
Office of Government Information Services (OGIS) at the National Archives and Records
Administration to inquire about the FOIA mediation services they offer. The contact information
for OGIS is as follows: Office of Government Information Services, National Archives and
Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001;
e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at
202-741-5769.

If you are not satisfied with the determination made in response to this request, you may
administratively appeal by writing to the Director, Office of Information Policy (OIP), United
States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may

2

submit an appeal through OIP's FOIA STAR portal by creating an account on the following website: https://www.justice.gov/oip/submit-and-track-request-or-appeal.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

FOIA/PA Unit
Criminal Division
U.S. Department of Justice