# Exhibit 7

    **Alert CREW <alerts@citizensforethics.org>**

# Fwd: eFOIA Request Received
1 message

**Alex Goldstein** <agoldstein@citizensforethics.org>　　　　　　　　　　　　　　　Fri, Dec 12, 2025 at 3:00 PM
To: CREW FOIA <foia@citizensforethics.org>

---------- Forwarded message ---------
From: <efoia@subscriptions.fbi.gov>
Date: Fri, Dec 12, 2025 at 2:59 PM
Subject: eFOIA Request Received
To: <agoldstein@citizensforethics.org>

## Organization Representative Information

| | |
|---:|---|
| **Organization Name** | Citizens for Responsibility and Ethics in Washington |
| **Prefix** | |
| **First Name** | Alex |
| **Middle Name** | |
| **Last Name** | Goldstein |
| **Suffix** | |
| **Email** | agoldstein@citizensforethics.org |
| **Phone** | 2024085565 |
| **Location** | United States |

## Domestic Address

| | |
|---|---|
| Address Line 1 | PO Box 14596 |
| Address Line 2 | |
| City | Washington DC |
| State | DC |
| Postal | 20044 |

## Agreement to Pay

| | |
|---|---|
| How you will pay | I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages. |

## Proof Of Affiliation for Fee Waiver

| | |
|---|---|
| Waiver Explanation | See attachment for fee waiver justification. |
| Documentation Files | |

## Non-Individual FOIA Request

| | |
|---|---|
| **Request Information** | See attachment for full request<br>Specifically, CREW requests the following records from January 1, 2014 to the date this request is processed:<br>All records related to the investigation of United States Representative Enrique Roberto "Henry" Cuellar pertaining to alleged violations of any provisions of law relating to his federal indictment, including but not limited to DOJ's decision whether or not to bring criminal charges against Rep. Cuellar.<br>All records that mention, reference, or relate to granting a pardon to Rep. Cuellar, including records mention, reference, or relate to President Trump's pardon of Rep. Cuellar.<br>This request includes all internal or external communications about whether to recommend or grant a pardon to Rep. Cuellar.<br>The above request excludes material covered by grand jury secrecy pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. The request also excludes agency records consisting solely of court filings, news articles, press clippings, and other publicly-available material.<br>Please search for responsive records regardless of format, medium, or physical characteristics. We seek records of any kind, including paper records, electronic records, audiotapes, videotapes, photographs, data, and graphical material. Our request includes without limitation all correspondence, letters, emails, text messages, facsimiles, telephone messages, voice mail messages, and transcripts, notes, or minutes of any meetings, telephone conversations, or discussions. Our request also includes any attachments to emails and other records, and anyone who was cc'ed or bcc'ed on any emails.<br>If it is your position any portion of the requested records is exempt from disclosure, CREW requests that you provide it with an index of those documents as required under Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973). If some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. See 5 U.S.C. § 552(b). If it is your position that a document contains non-exempt segments, but that those non-exempt segments are so dispersed throughout the document as to make segregation impossible, please state what portion of the document is non-exempt, and how the material is dispersed throughout the document. See Mead Data Central v. U.S. Dep't of the Air Force, 566 F.2d 242, 261 (D.C. Cir. 1977).<br>Please be advised that CREW intends to pursue all legal remedies to enforce its rights under FOIA. Accordingly, because litigation is reasonably foreseeable, the agency should institute an agency wide preservation hold on all documents potentially responsive to this request. |

## Expedite

| | |
|---|---|
| **Expedite Reason** | See attachment for expedited processing justification. |

**

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

**

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the 'Check Status of Your FOI/PA Request tool' link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.