# Exhibit 8

1/27/26, 1:04 PM　　Citizens for Responsibility and Ethics in Washington Mail - Fwd: Confirmation of FBI: eFOIPA Request from FOIA.gov Submission

Case 1:26-cv-00375-CKK    Document 1-8    Filed 01/30/26    Page 2 of 2



**Alert CREW <alerts@citizensforethics.org>**

# Fwd: Confirmation of FBI: eFOIPA Request from FOIA.gov Submission
1 message

**Alex Goldstein** <agoldstein@citizensforethics.org>　　　　　　　　　　　　　　　　　Fri, Dec 12, 2025 at 2:59 PM
To: CREW FOIA <foia@citizensforethics.org>

---------- Forwarded message ---------
From: <efoia@subscriptions.fbi.gov>
Date: Fri, Dec 12, 2025 at 2:40 PM
Subject: Confirmation of FBI: eFOIPA Request from FOIA.gov Submission
To: <agoldstein@citizensforethics.org>

A request with your email has been submitted to the FBI: eFOIPA system through FOIA.gov. If you submitted this request, please follow this link to confirm: https://efoia.fbi.gov/nt-confirm/b898525ca52e88e46d8e43c9342f97 1f69489d4db4dafb6686/yjp5S6NnYjsv3DOTRDye This url will be valid for 30 days.