# Exhibit 9








| Most Wanted | News | What We Investigate | Services | Resources | About | Contact Us |
|---|---|---|---|---|---|---|
| Ten Most Wanted | Stories | Terrorism | Criminal Justice Information Services (CJIS) | Law Enforcement | Mission & Priorities | United States Field Offices |
| Fugitives | Videos | Counterintelligence | CIRG | Businesses | Leadership & Structure | FBI Headquarters |
| Terrorism | Press Releases | Cyber Crime | Laboratory Services | Victim Assistance | Partnerships | Overseas Offices |
| Kidnappings/Missing Persons | Speeches | Public Corruption | Training Academy | Reports and Publications | Community Outreach | |
| Seeking Information | Testimony | Civil Rights | Operational Technology | | Frequently Asked Questions | More |
| Bank Robbers | Podcasts and Radio | Organized Crime | Information Management | | | Submit a Tip |
| ECAP | Photos | White-Collar Crime | | | | Crime Statistics |
| ViCAP | | Violent Crime | | | | History |
| | | WMD | | | | FOIPA |
| | | | | | | Scams & Safety |
| | | | | | | FBI Kids |
| | | | | | | FBI Jobs |

Accessibility | eRulemaking | Freedom of Information/Privacy Act | Legal Notices | Legal Policies and Disclaimers | Links | Privacy Policy | USA.gov | White House | No FEAR Act

FBI.gov is an official site of the U.S. government, U.S. Department of Justice