# Exhibit 12



**Alert CREW** <alerts@citizensforethics.org>

---

# Fwd: Your FOIA Request
1 message

---

**Kayvan Farchadi** <kfarchadi@citizensforethics.org>       Tue, Dec 16, 2025 at 10:21 AM
To: CREW FOIA <foia@citizensforethics.org>

FYI

---------- Forwarded message ---------
From: <PardonAttorneyFOIA@usdoj.gov>
Date: Tue, Dec 16, 2025 at 9:27 AM
Subject: Your FOIA Request
To: <KFarchadi@citizensforethics.org>

December 16, 2025

**PARDON FOIA 2026-335561**

Dear Kayvan Farchadi:

This correspondence is in response to your Freedom of Information Act (FOIA) request received in the Office of the Pardon Attorney (PARDON) on December 15, 2025. Pursuant to the Freedom of Information Act, 5 U.S.C. § 552 *et seq*., you requested Specifically, CREW requests the following records from January 1, 2014 to the date this request is processed:
1. All records related to the investigation of United States Representative Enrique Roberto "Henry" Cuellar pertaining to alleged violations of any provisions of law relating to his federal indictment, including but not limited to DOJ's decision whether or not to bring criminal charges against Rep. Cuellar.
2. All records that mention, reference, or relate to granting a pardon to Rep. Cuellar, including records mention, reference, or relate to President Trump's pardon of Rep. Cuellar.
a. This request includes all internal or external communications about whether to recommend or grant a pardon to Rep. Cuellar.

For your information, the Office of the Pardon Attorney assigns incoming requests to one of three tracks: simple, complex, or expedited. Each request is then handled on a first-in, first-out basis in relation to other requests in the same track. At this time, your request has been assigned to the Complex track, and we are working to provide you with a prompt response.

You may email this office at PardonAttorneyFOIA@usdoj.gov for any further assistance with your FOIA request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Office of the Pardon Attorney