# Exhibit 13



Kayvan Farchadi <kfarchadi@citizensforethics.org>

## Your FOIA Request
5 messages

---

**PardonAttorneyFOIA@usdoj.gov** <PardonAttorneyFOIA@usdoj.gov>　　　　　　　　　　Tue, Dec 23, 2025 at 1:52 PM
To: KFarchadi@citizensforethics.org

December 23, 2025

**PARDON FOIA 2026-335561**

Dear Kayvan Farchadi:

We write in reference to your Freedom of Information Act (FOIA) request received in the Office of the Pardon Attorney (PARDON) on December 15, 2025, for records related to U.S. Representative Enrique Roberto Cuellar.

As it pertains to your request for records related to criminal investigation and prosecution of Rep. Cuellar, please be advised that Pardon does not maintain these kinds of records. Because these kinds of records are typically maintained by the Executive Office for United States Attorneys (EOUSA), you might wish to direct this portion of your request to the EOUSA, if you have not done so already. As it pertains to your request for records related to President Trump's pardon of Rep. Cuellar, please be advised that any records located will require consultation with other equity holders, and so your request falls within "unusual circumstances." See 5 U.S.C. § 552(a)(6)(B)(i)-(iii). Because of these unusual circumstances, we need to extend the time limit to respond to your request beyond the ten additional days provided by the statute. We regret the necessity of this delay, but we assure you that your request will be processed as soon as possible.

If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact this Office by at PardonAttorneyFOIA@usdoj.gov. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Teresita Mutton
FOIA Public Liaison
Office of the Pardon Attorney

[Quoted text hidden]